# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. MORDICK, | Case No. SA CV 13-1439-DDP (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 18, 2017

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE