
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. MORDICK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ELVIN VALENZUELA,<br>Warden,<br><br>　　　　Respondent. | Case No. SA CV 13-1439-DDP (SP)<br><br>**JUDGMENT AND ORDER ISSUING WRIT OF HABEAS CORPUS PURSUANT TO MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS** |

　　　The Court entered Judgment denying the Petition in this case on August 22, 2017. On June 27, 2019, the Ninth Circuit Court of Appeals reversed this Court's Judgment denying habeas relief, and remanded the case with instructions to issue the Writ, unless the State of California grants petitioner a new trial within a reasonable period of time to be determined by this Court.

　　　The mandate of the Ninth Circuit issued on August 26, 2019, giving effect to its June 27, 2019 Judgment. Accordingly, pursuant to the Ninth Circuit's

//
//
//

1 | Judgment, the Petition for Writ of Habeas Corpus is granted.  Respondent is
2 | ordered to release petitioner unless the State of California elects to retry petitioner
3 | within 120 days of the entry of this Order.
4 |
5 | DATED: September 18, 2019
6 |
7 | _____
8 | HONORABLE DEAN D. PREGERSON
   | UNITED STATES DISTRICT JUDGE
9 |
10 | Presented by:
11 |
12 | _____
13 | SHERI PYM
   | UNITED STATES MAGISTRATE JUDGE